IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02184-EWN-BNB

DEL L. CREASON,

    Plaintiff,

v.

CONNECTICUT VALLEY ARMS, INC.; D.C. 1980, INC., f/k/a CONNECTICUT VALLEY ARMS, INC.; BLACKPOWDER PRODUCTS, INC.; and DIKAR, S. COOP. LTDA,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CONNECTICUT VALLEY ARMS, INC. AND BLACKPOWDER PRODUCTS, INC. AND TO AMEND THE CAPTION**

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal Without Prejudice of Plaintiff's Claims Against Defendants Connecticut Valley Arms, Inc. and Blackpowder Products, Inc. and to Amend the Caption entered into by Plaintiff Del L. Creason and Defendants Connecticut Valley Arms, Inc., D.C. 1980, Inc., f/k/a Connecticut Valley Arms, Inc., Blackpowder Products, Inc. and Dikar, S. Coop. LTDA.

The Court being fully advised, ORDERS as follows:

1.    Plaintiff's claims against Defendants Connecticut Valley Arms, Inc. and Blackpowder Products, Inc. are dismissed without prejudice.

2. Each party shall bear his or her own costs and attorney fees.

3. The caption shall be amended by removing the names of Defendants Connecticut Valley Arms, Inc. and Blackpowder Products, Inc.

Dated this 19th day of February, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge