IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02184-EWN-BNB

DEL L. CREASON,

Plaintiff,

v.

CONNECTICUT VALLEY ARMS, INC.,
D.C. 1980, INC., f/k/a Connecticut Valley Arms, Inc.,
BLACKPOWDER PRODUCTS, INC., and
DIKAR, S. COOP. LTDA,

Defendants.

_____

**ORDER**
_____

This matter is before me on the following (collectively the "Motions"):

(1) **Plaintiff's Motion to Amend Scheduling Order** [Doc. # 34, filed 5/9/2008];

(2) **Plaintiff's Motion to Extend Deadline for Filing Dispositive Motions** [Doc. # 35, filed 5/12/2008]; and

(3) **Plaintiff's Motion to Continue Preliminary Pretrial Conference** [Doc. # 38, filed 5/12/2008].

All of the Motions are directed at extending the existing case schedule. The district judge already has extended the dispositive motion deadline to **December 1, 2008**. Accordingly:

IT IS ORDERED that the Motions are GRANTED, and the case schedule is modified to the following extent:

Discovery Cut-Off: **December 1, 2008**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline: **December 1, 2008** (as ordered by the district judge)

Expert Disclosures (damages):

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 16, 2008**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 1, 2008**

Expert Disclosures (liability):

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 1, 2008**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 1, 2008**

Preliminary Pretrial Conference: The preliminary pretrial conference set for June 10, 2008, at 9:00 a.m., is VACATED and RESET to **October 8, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Preliminary Pretrial Order shall be prepared by the parties and submitted to the court no later than **October 1, 2008**.

2

Dated May 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge