IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02184-EWN-BNB

DEL L. CREASON,

Plaintiff,

v.

CONNECTICUT VALLEY ARMS, INC.; D.C. 1980, INC., f/k/a CONNECTICUT VALLEY ARMS, INC.; BLACKPOWDER PRODUCTS, INC.; and DIKAR, S. COOP. LTDA,

Defendants.

---

**NOTICE OF SETTLEMENT**

---

Plaintiff Del L. Creason, by and through his attorney, Michael O'B. Keating of the law firm of Fogel, Keating, Wagner, Polidori & Shafner, P.C., respectfully submits this Notice of Settlement on behalf of the parties as follows:

1. Pursuant to D.C.Colo.L.Civ.R. 7.1, Plaintiff's counsel conferred with counsel for all parties in this action and is authorized to file this Notice of Settlement.

2. The parties have reached a settlement regarding all claims in this matter.

3. The parties are working on finalizing the settlement documents.

4. Once the formal settlement documents have been executed, the parties will submit a joint stipulation for dismissal with prejudice of all claims in this matter.

5. In the meantime, the parties request that the Court accept this Notice of Settlement and request that the Court vacate the October 8, 2008 Preliminary Pretrial Conference along with any other hearings and deadlines in this matter.

Respectfully submitted this 23rd day of September, 2008.

*s/ Michael O'Brien Keating*
Michael O'Brien Keating
Fogel Keating Wagner Polidori and Shafner, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
Telephone: (303) 534-0401
Facsimile: (303) 534-8333
E-mail: mobkeating@fkwlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses, or if e-mail addresses are not available, I sent notification by U.S. Mail this date to the following:

Kevin F. Amatuzio, Esq.
Lori K. Bell, Esq.
Montgomery, Kolodny, Amatuzio, Dubabek,
& Parker, L.L.P.
1775 Sherman Street, 21st Floor
Denver, Colorado 80203
kamatuzio@mkadlaw.com
lbell@mkadlaw.com
*Attorneys for Defendants*
*Connecticut Valley Arms, Inc.,*
*D.C. 1980, Inc., f/k/a Connecticut Valley*
*Arms, Inc., Blackpowder Products, Inc.,*
*and Dikar, S. Coop., LTDA*

James E. Singer, Esq.
Bovis, Kyle & Burch, LLC
53 Perimeter Center East, 3rd Floor
Atlanta, Georgia 30346-2295
*Attorneys for Defendants*
*Connecticut Valley Arms, Inc.,*

*D.C. 1980, Inc., f/k/a Connecticut Valley Arms, Inc., Blackpowder Products, Inc., and Dikar, S. Coop., LTDA*

*s/Shari L. Wall*
Shari L. Wall, Paralegal