IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02184-EWN-BNB

DEL L. CREASON,

    Plaintiff,

v.

CONNECTICUT VALLEY ARMS, INC.; D.C. 1980, INC., f/k/a CONNECTICUT VALLEY ARMS, INC.; BLACKPOWDER PRODUCTS, INC.; and DIKAR, S. COOP. LTDA,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, upon reviewing the parties' Stipulated Motion to Dismiss with Prejudice, and being fully advised, ORDERS:

Plaintiff's Complaint and cause of action against the Defendants is dismissed with prejudice, each party to pay its own costs and attorneys fees.

Dated this 9th day of October, 2008.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              Chief United States District Judge